**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-01241-LTB-PAC

FIELDTURF USA, INC., and
FIELDTURF (IP) INC.,
            Plaintiffs,

v.

PROFESSIONAL TURF SOLUTIONS, LLC and
DALE COLLETT, an individual,
            Defendants.

_____

**ORDER OF DISMISSAL**
_____

        THIS MATTER having come before the Court on the Stipulation for Dismissal With

Prejudice of All Claims and Cross Claims (Doc 27 - filed January 19, 2006), and the Court

being fully advised in the premises, it is therefore

        ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to

pay their own fees and costs.

                            BY THE COURT:


                            ___s/Lewis T.  Babcock_____
                            Lewis T. Babcock, Chief Judge

DATED: January 20, 2006

1